# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:18-CV-00026-RJC-DSC

| | |
|---|---|
| JORGE MIGUEL PALACIOS, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| JEFFERSON B. SESSIONS III, et. al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavits[s] [for Kristin Macleod-Ball, Trina Realmuto, Adina Appelbaum and David Laing]" (documents ## 4-7) filed January 17, 2018. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Robert J. Conrad, Jr..

**SO ORDERED**.

Signed: February 2, 2018

David S. Cayer
United States Magistrate Judge