# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jesus Eduardo Cardenas Lozoya Jorge Miguel Palacios**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:18-cv-00026-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Jefferson B. Sessions III et al **,** | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 1, 2018 Order.

October 1, 2018

_____
Frank G. Johns, Clerk
United States District Court